■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LLOYD CALLAHAN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered May 17, 1976, convicting him of attempted murder in the second degree, upon a jury verdict, and imposing an indeterminate sentence of imprisonment with a maximum of 25 years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the maximum period of imprisonment to 15 years. As so modified, judgment affirmed. The sentence was excessive to the extent indicated herein. Hopkins, Acting P. J., Margett and Rabin, JJ., concur; Latham and Damiani, JJ., dissent and vote to affirm the judgment.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER ROY COLON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered October 30, 1975, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence. Case remanded to Criminal Term for an evidentiary hearing and report on the issue of defendant's application to withdraw his plea of guilty, with new counsel to be appointed to represent defendant at such hearing, and appeal held in abeyance in the interim. The District Attorney, with commendable candor, consents to a reversal and a hearing on defendant's application to withdraw his plea of guilty. Hopkins, Acting P. J., Margett, Damiani and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN WILLIAM CORRINGHAM, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County, imposed February 28, 1977, upon his conviction of attempted assault in the second degree, upon his plea of guilty, the sentence being an indeterminate term of imprisonment with a maximum of four years. Sentence modified, as a matter of discretion in the interest of justice, by reducing it to a five-year period of probation and case remitted to the County Court, Suffolk County, to fix the conditions of probation. The sentence was excessive to the extent indicated herein. Margett, Acting P. J., Damiani, Rabin and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND GONZALEZ, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered June 19, 1974, convicting him of two counts each of robbery in the first degree, robbery in the second degree and grand larceny in the third degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the convictions of robbery in the second degree (two counts) and grand larceny in the third degree (two counts), and the sentences imposed thereon, and the said counts are dismissed. As so modified, judgment affirmed. Under the facts of this case, robbery in the second degree and grand larceny in the third degree are lesser included offenses of robbery in the first degree (see CPL 300.40, subd 3, par [b]; *People v Grier,* 37 NY2d 847). Hopkins, Acting P. J., Margett, Damiani and Rabin, JJ., concur.